YOSHIMOTO LAW GROUP
A Limited Liability Law Company

DONNA A.O. YOSHIMOTO   #6234-0
dyoshimoto@hi-lawyers.com
JASON H. FIEMAN                              #9882-0
jfieman@hi-lawyers.com
City Financial Tower
201 Merchant Street, Suite 2440
Honolulu, Hawaii  96813
Telephone:  (808) 695-4500
Facsimile:  (808) 695-4599

Attorneys for Defendant
TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAI`I

| | |
|---|---|
| LYDIA H. SADAOKA,<br><br>             Plaintiff,<br><br>   vs.<br><br>TARGET CORPORATION, a foreign profit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>             Defendants. | CASE NO. _____<br><br>DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT; EXHIBITS "A" – "B"; CERTIFICATE OF SERVICE |

DEFENDANT TARGET CORPORATION'S
NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant TARGET CORPORATION ("Target"), by and through its attorneys, YOSHIMOTO LAW GROUP, LLLC, hereby removes the action entitled, Lydia H. Sadaoka v. Target Corporation, etc., et al., Civil No. 1CCV-21-0000909 filed in the Circuit Court of the First Circuit, State of Hawaii to the United States District Court for the District of Hawai'i (hereinafter the "State Court Action"), pursuant to 28 U.S.C. §§ 1441 and 1446.  Target's Notice of Removal is based on the following:

**Relevant Procedural History**

1.   On July 16, 2021, Plaintiff LYDIA H. SADAOKA (hereinafter "Plaintiff") filed her "Complaint, Summons (referred to as the "Complaint") against Defendant Target Corporation ("Target") in the State Court Action.  A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2.   The Complaint alleges that on or about July 22, 2020, Plaintiff tripped and fell on a non-working escalator. Id. at ¶ 7.

3.   The Complaint goes on to generally allege that the conduct of Defendant Target was negligent.  Id. at ¶¶ 8-9.

4.   Target was served by personal service of the Complaint on its agent for service of process on August 5, 2021.

5.    Target Answered the Complaint on August 25, 2021. A true and correct copy is attached hereto as Exhibit "B" is Target's Answer to the Complaint.

### Grounds for Removal - Diversity

6.    This is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and may be removed to this Court by the defendants pursuant to the provisions of 28 U.S.C. § 1441(a) because it is a civil action between citizens of different states and it appears from the face of the Complaint that the matter in controversy herein exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

### Complete Diversity Exists

7.    At the time of filing of the Complaint and this Notice of Removal, Plaintiff was a resident of the City and County of Honolulu, State of Hawaii. See Exhibit "A" at ¶ 1.

8.    Target was, at the time the State Court Action was filed, and still is, a foreign corporation duly organized and existing under the laws of the State of Minnesota. See Exhibit "A" ¶ 2; see also Exhibit "B" at ¶ 4 (wherein Target admits that it is a retail store chain incorporated and formed in Minneapolis, Minnesota).

9.    Target's principal place of business is also in the State of Minnesota.

10.    Thus, complete diversity exists pursuant to 28 U.S.C. § 1332.

**The Amount In Controversy Requirement Is Satisfied**

11. Target is informed and believes from the face of the Complaint that the amount in controversy in this action exceeds $75,000, exclusive of interests and costs.

12. Although the Complaint is silent on the exact amount in controversy, in paragraph 7 of the Complaint, Plaintiff Lydia H. Sadaoka alleges that she sustained "serious injuries." See Exhibit "A" at ¶ 7.

13. Thus, Target is informed and believes that the amount in controversy in this action exceeds $75,000.00 as required by 28 U.S.C. § 1332.

**Compliance With Removal Procedure**

14. This Notice of Removal is being filed within thirty (30) days after service of receipt by the Defendant (on August 5, 2021) of the initial pleading setting forth the claims for relief upon which Plaintiff's action is based. Therefore, this Notice is timely filed under 28 U.S.C. § 1446(b).

15. This Notice of Removal is being filed within one (1) year of the commencement of this action (on July 16, 2021) and therefore is timely filed under 28 U.S.C. § 1446(b).

16. Removal to this Court is proper as the Circuit Court of the First Circuit, State of Hawaii, where this action was originally filed, is located within the District.

17. Pursuant to 28 U.S.C. § 1446(a), and to the best of Target's knowledge, Exhibit "A" constitutes all of the process, pleadings and orders served upon Target at the time of this removal.

18. Counsel for Target certifies that it will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the First Circuit, State of Hawaii, and give notice of same to counsel for Plaintiff.

## Preservation of Defenses

19. By filing this Notice of Removal, Target does not waive any defense which may be available to it.

DATED: Honolulu, Hawaii, August 26, 2021.

| | |
|---|---|
| YOSHIMOTO LAW GROUP<br>A Limited Liability Law Company | _/s/ Donna A.O. Yoshimoto_<br>DONNA A. O. YOSHIMOTO<br>JASON H. FIEMAN<br>Attorneys for Defendant<br>TARGET CORPORATION |