# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00363-JAO-KJM |
| CASE NAME: | Lydia H. Sadaoka v. Target Corporation, et al |
| ATTY FOR PLA: | Daniel P. Kirley |
| ATTY FOR DEFT: | Donna A.O. Yoshimoto<br>Nicholas Petersen Ching |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Zoom Tele-Conference (no record) |
| DATE: | 10/05/2022 | TIME: | 1:30 - 4:20<br>**RECORDED TIME: 4:20 - 4:25** |

COURT ACTION:  EP:   SETTLEMENT CONFERENCE and SETTLEMENT ON THE RECORD  held.

Plaintiff Lydia H. Sadaoka and Ron Ehley, Adjuster for Defendant Target Corporation are also present.

The Court met with the parties. Settlement discussions held..

SETTLEMENT ON THE RECORD (**SEALED 4:20 - 4:25**)

Ms. Yoshimoto states the key terms on the record.  Plaintiff agree to the terms.

Court finds that the parties have entered into a binding and enforceable settlement agreement.

Stipulation for Dismissal shall be submitted to otake_orders@hid.uscourts.gov by November 11, 2022. If more time is needed to submit the Stipulation for Dismissal the parties may contact Magistrate Judge Kenneth J. Mansfield's Courtroom Manager to request an extension prior to the deadline.

Trial date and pretrial deadlines are VACATED.

The attorneys listed above may obtain a copy of this hearing by a written letter request to Magistrate Judge Kenneth J. Mansfield if necessary. Any transcript from this proceeding shall be handled as a sealed document.

*Submitted by: Bernie Aurio, Courtroom Manager*