Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

| | |
|---|---|
| WESLEY H. H. CHING | 2896 |
| NICHOLAS P. CHING | 9743 |

Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone: (808) 533-4300
Facsimile:  (808) 531-7585
Email:  whc@fmhc-law.com
            npc@fmhc-law.com

Attorneys for Defendant/Third-Party Defendant
MITSUBISHI ELECTRIC US, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LYDIA H. SADAOKA,<br><br>    Plaintiff,<br> vs.<br><br>TARGET CORPORATION, a foreign profit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants.<br>_____<br>TARGET CORPORATION,<br><br>  Third-Party Plaintiff,<br><br> vs. | CIVIL NO. 21-00363 JAO-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES<br><br><br><br><br><br><br><br><br><br>Trial Date: vacated |

MITSUBISHI ELECTRIC US, INC.,

      Third-Party Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES

The parties[1] to this litigation, by and through their respective counsel of record, hereby stipulate to the dismissal of this matter with prejudice as to all parties and all claims alleged herein, including but not limited to Plaintiff's First Amended Complaint filed June 20, 2022 [Dkt. 32], TARGET CORPORATION's First Amended Third-Party Complaint filed July 6, 2022 [Dkt. 36], and all crossclaims by and amongst the Defendants.

Each party will bear its own attorneys' fees and costs. This stipulation has been entered into pursuant to LR 41.1 and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and has been signed by all parties appearing herein. There are no remaining claims or parties in this action. Trial was scheduled to commence on August 21, 2023.

      DATED: Honolulu, Hawaii, November 9, 2022.

---

[1] The parties are defined as follows: Plaintiff LYDIA H. SADAOKA; Defendant/Third-Party Plaintiff TARGET CORPORATION; and Defendant/Third-Party Defendant MITSUBISHI ELECTRIC US, INC.

/s/ Daniel P. Kirley

---

IAN SCOTT MATTOCH
DANIEL P. KIRLEY

Attorneys for Plaintiff
LYDIA H. SADAOKA

/s/ Jason H. Fieman

---

DONNA A. O. YOSHIMOTO
JASON H. FIEMAN

Attorneys for Defendant/Third-Party Plaintiff
TARGET CORPORATION

/s/ Nicholas P. Ching

---

WESLEY H. H. CHING
NICHOLAS P. CHING

Attorneys for Defendant/Third-Party Defendant
MITSUBISHI ELECTRIC US, INC.

APPROVED AS TO FORM:



Jill A. Otake
United States District Judge

---

*Lydia Sadaoka v. Target Corporation, et al.,* CIVIL NO. 21-00363 JAO-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES

3